```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 06737
    SHERI A BOOKER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-5345

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 04/13/2007 and was confirmed 06/27/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

    The case was dismissed after confirmation 10/24/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                              PAID             PAID
------------------------------------------------------------------------------
CITIFINANCIAL INC         CURRENT MORTG        .00              .00              .00
CITIFINANCIAL INC         MORTGAGE ARRE   10151.59              .00              .00
CITIMORTGAGE INC          NOTICE ONLY    NOT FILED              .00              .00
CITIFINANCIAL MORTGAGE C  NOTICE ONLY    NOT FILED              .00              .00
COOK COUNTY TREASURER     SECURED NOT I    4692.05              .00              .00
COOK COUNTY TREASURER     NOTICE ONLY    NOT FILED              .00              .00
ASSET ACCEPTANCE LLC      UNSECURED      NOT FILED              .00              .00
ASSET ACCEPTANCE          NOTICE ONLY    NOT FILED              .00              .00
CB USA INC                UNSECURED        1500.00              .00              .00
CB USA                    NOTICE ONLY    NOT FILED              .00              .00
CHASE                     UNSECURED      NOT FILED              .00              .00
CITIFINANCIAL             UNSECURED      NOT FILED              .00              .00
COMMONWEALTH EDISON       UNSECURED         137.41              .00              .00
ASSET ACCEPTANCE LLC      UNSECURED         466.21              .00              .00
CREDIT MANAGEMENT CONTRO  NOTICE ONLY    NOT FILED              .00              .00
CREDIT MANAGEMENT CONTRO  NOTICE ONLY    NOT FILED              .00              .00
CREDITORS COLLECTION BUR  UNSECURED      NOT FILED              .00              .00
CREDITORS COLLECTION BUR  NOTICE ONLY    NOT FILED              .00              .00
CREDITORS COLLECTION BUR  UNSECURED      NOT FILED              .00              .00
DEBT CREDIT SERVICES      UNSECURED      NOT FILED              .00              .00
DEBT CREDIT SERV          NOTICE ONLY    NOT FILED              .00              .00
HOMECOMINGS FINANCIAL     NOTICE ONLY    NOT FILED              .00              .00
HOMECOMINGS FINANCIAL NE  NOTICE ONLY    NOT FILED              .00              .00
ISLAND NATIONAL GROUP     UNSECURED      NOT FILED              .00              .00
ISLAND NATIONAL GROUP     NOTICE ONLY    NOT FILED              .00              .00
MUTUAL HOSPITAL COLLECTI  UNSECURED      NOT FILED              .00              .00
MUTUAL HOSPITAL           NOTICE ONLY    NOT FILED              .00              .00
MUTUAL HOSPITAL SERVICES  NOTICE ONLY    NOT FILED              .00              .00
MUTUAL HOSPITAL SERVICES  NOTICE ONLY    NOT FILED              .00              .00
MUTUAL HOSPITAL COLLECTI  UNSECURED      NOT FILED              .00              .00
MUTUAL HOSPITAL SERVICES  NOTICE ONLY    NOT FILED              .00              .00
MUTUAL HOSPITAL SERVICES  NOTICE ONLY    NOT FILED              .00              .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 06737 SHERI A BOOKER

```
MUTUAL HOSPITAL SERVICES  UNSECURED      NOT FILED              .00         .00
NICOR GAS                 UNSECURED      NOT FILED              .00         .00
NICOR GAS                 NOTICE ONLY    NOT FILED              .00         .00
ORCHARD BANK              UNSECURED      NOT FILED              .00         .00
PLAZA ASSOCIATES          UNSECURED      NOT FILED              .00         .00
PLAZA ASSOCIATES          NOTICE ONLY    NOT FILED              .00         .00
PLAZA ASSOCIATES          NOTICE ONLY    NOT FILED              .00         .00
PLAZA ASSOCIATES          NOTICE ONLY    NOT FILED              .00         .00
PREMIUM ASSET RECOVERY C  UNSECURED         157.50              .00         .00
MICHAEL REESE HOSPITAL    NOTICE ONLY    NOT FILED              .00         .00
RMI/MCSI                  UNSECURED        1250.00              .00         .00
RMI/MCSI                  NOTICE ONLY    NOT FILED              .00         .00
RMI/MCSI                  NOTICE ONLY    NOT FILED              .00         .00
RMI/MCSI                  UNSECURED      NOT FILED              .00         .00
RMI/MCSI                  UNSECURED      NOT FILED              .00         .00
RMI/MCSI                  UNSECURED      NOT FILED              .00         .00
RMI/MCSI                  UNSECURED      NOT FILED              .00         .00
SALLIE MAE LSCF           UNSECURED      NOT FILED              .00         .00
SALLIE MAE                NOTICE ONLY    NOT FILED              .00         .00
SALLIE MAE SERVICING COR  UNSECURED        8360.11              .00         .00
CHICAGO CENTRAL EP        UNSECURED         321.00              .00         .00
UNITED COLLECTION BUREAU  NOTICE ONLY    NOT FILED              .00         .00
UNITED CONSUMER FINANCIA  UNSECURED         773.37              .00         .00
UNIVERSAL FIDELITY CORP   UNSECURED      NOT FILED              .00         .00
UNIVERSAL FIDELITY CORP   NOTICE ONLY    NOT FILED              .00         .00
UNIVERSAL FIDELITY CORP   NOTICE ONLY    NOT FILED              .00         .00
UNIVERSAL FIDELITY CORP   NOTICE ONLY    NOT FILED              .00         .00
ACCOUNTS RECOVERY BUREAU  UNSECURED        4908.55              .00         .00
SPRINT-NEXTEL CORP        UNSECURED         751.50              .00         .00
T-MOBILE USA              UNSECURED         265.60              .00         .00
MICHAEL REESE HOSPITAL    NOTICE ONLY    NOT FILED              .00         .00
UNITED COLLECTION BUREAU  UNSECURED      NOT FILED              .00         .00
UNITED CONSUMER FINANCIA  SECURED NOT I     400.00              .00         .00
LEDFORD & WU              DEBTOR ATTY     1,975.00                       861.18
TOM VAUGHN                TRUSTEE                                          63.82
DEBTOR REFUND             REFUND                                             .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  925.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                               861.18
TRUSTEE COMPENSATION                          63.82
DEBTOR REFUND                                   .00

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 06737 SHERI A BOOKER

```
                                  ---------------        ---------------
TOTALS                                    925.00                 925.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
     Dated: 01/25/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```